■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH R. BENFANTE, on Behalf of JAMES RUSSELL, Petitioner, v WARDEN OF RIKERS ISLAND DETENTION FACILITY, Respondent. [803 NYS2d 443]—Writ of habeas corpus in the nature of an application for bail reduction upon Richmond County indictment No. 163/05.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499 [1969]; see *People ex rel. Rosenthal v Wolfson,* 48 NY2d 230 [1979]). Crane, J.P., Mastro, Rivera and Spolzino, JJ., concur.

(November 10, 2005)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES D. ABERCROMBIE, on Behalf of VLAD MEISHER, Petitioner, v ANTHONY AMICUCCI, Warden of the Westchester County Jail, Respondent. [803 NYS2d 446]—Writ of habeas corpus in the nature of an application to reduce bail upon Westchester County indictment No. 381-05.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail for Vlad Meisher on Westchester County indictment No. 381-05 to the sum of $750,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative, with a bail sufficiency hearing to be held pursuant to CPL 520.30; all conditions imposed by the County Court, Westchester County, in conjunction with the original bail set on October 24, 2005, are to remain as conditions of the reduced bail. Crane, J.P., Mastro, Fisher and Lunn, JJ., concur.